BETTY KIRSCHBAUM, Substituted Committee of the Estate of SAMUEL BERNS-TEIN, Incompetent, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Lore J., takes no part.

MARIA PUZZIO DI BELLIS, Respondent, v. ANTHONY RUGGIERO and LOUIS NATELLA, Appellants, Impleaded with TERESA NATELLA (Now Deceased), Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE CARACK COMPANY, INC., Respondent, v. ROBERT WILSON PAPER CORPORATION, Appellant. WHEELWRIGHT PAPERS, INC., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of FRANK FARRELL, Appellant, for an Order of Mandamus against ROBERT MOSES, Park Commissioner of The City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of DRAKE HOLDING CORPORATION, Appellant, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, THE NORTH AMERICAN HOLDING CORPORATION, Respondent, Intervenor.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of SARA M. FRANK, an Alleged Incompetent Person. BERTHA BRODLEY, Petitioner, Respondent, SARA M. FRANK, Respondent, Appellant, JOHN F. KEATING, Special Guardian of SARA M. FRANK, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the matter remitted to the Special Term for determination of the motion. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM WENZEL, Appellant, for a Peremptory Mandamus Order against JOHN MCKENZIE, Commissioner of Docks of the City of New York, and FIORELLO H. LAGUARDIA, Mayor of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MORRIS J. GROSSMANN, Respondent, v. CONSTANTIN WAGNER, SR., Appellant, Impleaded with Another.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.